IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15- 40084-01-DDC |
| | ) | |
| MICHAEL L. STRATTON, | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 18, 2013, in the District of Kansas and elsewhere, the defendant,

MICHAEL L. STRATTON,

knowingly received visual depictions of minors using a means and facility of interstate and foreign commerce, including by computer, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct, in that the defendant used chat and interactive programs to receive child pornography via the internet.

This was in violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT 2**

On or about November 5, 2013, in the District of Kansas and elsewhere, the defendant,

MICHAEL L. STRATTON,

knowingly possessed at least one matter which contained any visual depiction of minors, separate and apart from the visual depictions relied upon in Count 1, that had been shipped and transported using a means and facility of interstate and foreign commerce, including by computer, and was produced using materials which had been mailed and shipped and transported using a means and facility of interstate and foreign commerce and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FORFEITURE ALLEGATION**

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant MICHAEL L. STRATTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property used and intended to be used to commit and to promote the commission of such

offense, pursuant to and in violation of Title 18, United States Code, Sections 2253(a)(3), 2252(a)(2), and 2252(a)(4)(B). Such property shall include but not be limited to:

a) Gateway NV77H23u laptop with serial numberXWZL020052070F92C1601;

b) Western Digital 750GB WD7500BPVT SATA hard drive with serial number WX81CC1F3429;

c) PlayStation3 model CECH-3001A with serial number CF428483584-CECH-3001A; and

d) PlayStation3 model CECHH01 with serial number CE736013497-CECHH01.

A TRUE BILL.

DATED: September 30, 2015

s/Foreperson
FOREPERSON

/s/Christine E. Kenney, #13542 for
BARRY R. GRISSOM
United States Attorney
District of Kansas

(It is requested that trial of the above captioned case be held in Topeka, Kansas.)